**No. ___**

# In the United States Court of Appeals for the Fifth Circuit

State of Texas; HT Staffing, Ltd., d/b/a HT Group; State of Louisiana; Cox Operating, L.L.C; DIS-TRAN Steel, LLC; DIS-TRAN Packaged Substations, LLC; Beta Engineering, LLC; Optimal Field Services, LLC; State of Mississippi; Gulf Coast Restaurant Group Inc.; State of South Carolina; and State of Utah,

*Petitioners*,

*v.*

U.S. Department of Labor; Martin J. Walsh, in his official capacity as Secretary of Labor; Occupational Safety and Health Administration; and Douglas Parker, in his official capacity as Assistant Secretary of Labor for Occupational Safety and Health,

*Respondents.*

## PETITION FOR REVIEW

In accordance with 29 U.S.C. § 655(f) and Federal Rule of Appellate Procedure 15, the State of Texas; HT Staffing, Ltd., d/b/a HT Group; the State of Louisiana; Cox Operating, L.L.C.; DIS-TRAN Steel, LLC; DIS-TRAN Packaged Substations, LLC; Beta Engineering, LLC; Optimal Field Services, LLC; the State of Mississippi; Gulf Coast Restaurant Group Inc.; the State of South Carolina; and the State of Utah petition the Court for review of the Occupational Safety and Health Administration's Emergency Temporary Standard ("ETS") entitled "COVID-19

Vaccination and Testing; Emergency Temporary Standard," 86 Fed. Reg. 61402 (Nov. 5, 2021), a copy of which is enclosed with this filing.

Jurisdiction and venue for this petition are proper in this Court under 29 U.S.C. § 655(f), because the petition "challenges the validity" of Respondents' ETS and this Circuit is the location where one or more petitioners "reside[]" or have their "principal place of business." This petition for review is timely because it was filed on November 5, 2021—a date that is "prior to the sixtieth day after" the ETS was "promulgated." Joinder of the parties is practicable under Fed. R. App. P. 15(a)(1).

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

AARON F. REITZ
Deputy Attorney General
for Legal Strategy

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

JUDD E. STONE II
Solicitor General

LANORA C. PETTIT
Principal Deputy Solicitor General

/s/ William F. Cole
WILLIAM F. COLE
RYAN S. BAASCH
Assistant Solicitors General
William.Cole@oag.texas.gov

LEIF A. OLSON
Special Counsel

*Counsel for the State of Texas*

Jeff Landry
Attorney General of Louisiana

Elizabeth B. Murrill
Solicitor General

Joseph S. St. John
Deputy Solicitor General

Josiah Kollmeyer
Assistant Solicitor General

Morgan Brungard
Assistant Solicitor General

Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, LA 70804
Tel.: (225) 326-6766
emurrill@ag.louisiana.gov
stjohnj@ag.louisiana.gov
kollmeyerj@ag.louisiana.gov
brungardm@ag.louisiana.gov

*Counsel for the State of Louisiana*

Robert Henneke
General Counsel

Matthew Miller
Senior Attorney

Chance Weldon
Attorney

Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701
Tel.: (512) 472-2700
Fax: (512) 472-2728
rhenneke@texaspolicy.com
mmiller@texaspolicy.com
cweldon@texaspolicy.com

*Counsel for HT Staffing, Ltd., d/b/a HT Group*

John P. Murrill
Attorney

John Stone Campbell III
Attorney

Taylor, Porter, Brooks & Phillips L.L.P.
450 Laurel Street, Suite 800
Baton Rouge, LA 70801
Tel.: (225) 381-0241
Fax: (225) 215-8704

*Counsel for Cox Operating, L.L.C.; DIS-TRAN Steel, LLC; DIS-TRAN Packaged Substations, LLC; Beta Engineering, LLC; and Optimal Field Services, LLC*

LYNN FITCH
Attorney General of Mississippi

WHITNEY H. LIPSCOMB
Deputy Attorney General

SCOTT G. STEWART
Solicitor General

JUSTIN L. MATHENY
Deputy Solicitor General

JOHN V. COGHLAN
Deputy Solicitor General

Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205
Tel.: (601) 359-3680
whitney.lipscomb@ago.ms.gov
scott.stewart@ago.ms.gov
john.coghlan@ago.ms.gov

*Counsel for the State of Mississippi*

ALAN WILSON
Attorney General of South Carolina

THOMAS T. HYDRICK
Assistant Deputy Solicitor General

Office of the Attorney General
Post Office Box 11549
Columbia, South Carolina 29211
Tel.: (803) 734-3680
Fax: (803) 734-3677
thomashydrick@scag.gov

*Counsel for the State of South Carolina*

AARON R. RICE
Director

Mississippi Justice Institute
520 George St.
Jackson, MS 39202
Tel.: (601) 969-1300
aaron.rice@msjustice.org

*Counsel for Gulf Coast Restaurant Group Inc.*

SEAN REYES
Attorney General

MELISSA A. HOLYOAK
Solicitor General

Office of the Attorney General
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
Tel.: (385) 271-2484
melissaholyoak@agutah.gov

*Counsel for the State of Utah*

## Certificate of Service

On November 5, 2021, this petition for review was served by certified mail, return receipt requested, on:

Douglas Parker, Assistant Secretary
Occupational Health and Safety Administration
United States Department of Labor
200 Constitution Ave. NW, Rm. S-2315
Washington, D.C. 20210

Martin J. Walsh, Secretary of Labor
United States Department of Labor
Office of the Secretary
200 Constitution Ave. NW
Washington, D.C. 20210

Edmund C. Baird
Associate Solicitor for Occupational Safety & Health
Office of the Solicitor of Labor
200 Constitution Ave. NW, Rm. S-4004
Washington, D.C. 20210

The Hon. Merrick B. Garland
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

/s/ William F. Cole
William F. Cole