**No. 21-60845**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

BST Holdings, L.L.C.; RV Trosclair, L.L.C.; Trosclair Airline, L.L.C.; Trosclair Almonaster, L.L.C.; Trosclair and Sons, L.L.C.; Trosclair & Trosclair, Incorporated; Trosclair Carrollton, L.L.C.; Trosclair Claiborne, L.L.C.; Trosclair Donaldsonville, L.L.C.; Trosclair Houma, L.L.C.; Trosclair Judge Perez, L.L.C.; Trosclair Lake Forest, L.L.C.; Trosclair Morrison, L.L.C.; Trosclair Paris, L.L.C.; Trosclair Terry, L.L.C.; Trosclair Williams, L.L.C.; Ryan Dailey; Jasand Gamble; Christopher L. Jones; David John Loschen; Samuel Albert Reyna; Kip Stovall; Answers in Genesis, Incorporated; American Family Association, Incorporated; Burnett Specialists; Choice Staffing, L.L.C.; Staff Force, Incorporated; Leadingedge Personnel, Limited; State of Texas; HT Staffing, Limited; doing business as HT Group; The State of Louisiana; Cox Operating, L.L.C.; Dis-Tran Steel, L.L.C.; Dis-Tran Packaged Substations, L.L.C.; Beta Engineering, L.L.C. Optimal Field Services, L.L.C.; The State of Mississippi; Gulf Coast Restaurant Group, Incorporated; The State of South Carolina; The State of Utah; Word of God Fellowship, Incorporated, doing business as Daystar Television Network; Texas Trucking Association; Mississippi Trucking Association; Louisiana Motor Transport Association; American Trucking Associations, Incorporated; National Federation of Independent Business; National Retail Federation; FMI- The Food Industry Association; National Association of Convenience Stores; National Association of Wholesaler-Distributors; International Warehouse & Logistics Association; International Foodservice Distributors Association; Greg Abbott, Governor of Texas,

Petitioners,

v.

Occupational Safety and Health Administration, United States Department of Labor; United States Department of Labor; Martin J. Walsh, Secretary, U.S. Department of Labor;  Douglas Parker, in his Official Capacity as Assistant Secretary of Labor for Occupational Safety and Health,

Respondents.

## <u>NOTICE OF FILING WITH THE JUDICIAL PANEL ON</u>
## <u>MULTIDISTRICT LITIGATION</u>

Respondents hereby notify the Court of the filing, on November 16, 2021, of

the attached **NOTICE TO THE UNITED STATES JUDICIAL PANEL ON**

**MULTIDISTRICT LITIGATION OF MULTICIRCUIT PETITIONS FOR**

**REVIEW** with the Judicial Panel on Multidistrict Litigation (JPML). Pursuant to

28 U.S.C. § 2112(a)(3), the Secretary is requesting that the JPML consolidate

thirty-four petitions for review of the same final agency action filed in the D.C.,

First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, and

Eleventh Circuit Courts of Appeals and assign them to a single circuit court.

SEEMA NANDA
*Solicitor of Labor*

EDMUND C. BAIRD
*Associate Solicitor for*
*Occupational Safety and Health*

LOUISE M. BETTS
*Counsel for Appellate Litigation*

BRIAN A. BROECKER
MARISA C. SCHNAITH
*Attorneys*
U.S. Department of Labor
200 Constitution Ave., NW, Rm. S-4004
Washington, DC 20210

BRIAN M. BOYNTON
*Acting Assistant Attorney General*

SARAH E. HARRINGTON
*Deputy Assistant Attorney General*

MICHAEL S. RAAB
ADAM C. JED
BRIAN J. SPRINGER
MARTIN TOTARO
*Attorneys, Appellate Staff*
Civil Division, Room 7525
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 514-5048

<u>s/ *Marisa C. Schnaith*</u>
MARISA C. SCHNAITH
U.S. Department of Labor

200 Constitution Ave., NW, Rm. S-
4004
Washington, DC 20210
(202) 693-5517
(202) 693-5466 (fax)
*Counsel for Respondents.*

Dated: November 16, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2021, the foregoing notice was electronically filed and served through the Court's CM/ECF system on the following counsels of record:

> Daniel R. Suhr
> Jeffrey D. Jennings
> Liberty Justice Center
> 141 W. Jackson Blvd., Ste. 1065
> Chicago, IL 60604
> Telephone: 312-637-2280
> dsuhr@libertyjusticecenter.org
> jjennings@libertyjusticecenter.org
>
> Sarah Harbison
> Pelican Institute for Public Policy
> 400 Poydras St., Suite 900
> New Orleans, LA 70130
> Telephone: 504-952-8016
> sarah@pelicaninstitute.org
>
> *Counsel for BST Holdings, LLC et al.*
>
> MATTHEW R. MILLER
> mmiller@texaspolicy.com
> ROBERT HENNEKE
> rhenneke@texaspolicy.com
> TEXAS PUBLIC POLICY FOUNDATION
> 901 Congress Avenue
> Austin, TX 78101
> Telephone: (512) 472-2700
>
> *Counsel for Burnett Specialists, Choice Staffing, L.L.C., HT Staffing, Limited, Leadingedge Personnel, Limited and Staff Force, Incorporated*
>
> Jeffrey C. Mateer

jmateer@firstliberty.org
Hiram S. Sasser, III
hsasser@firstliberty.org
David J. Hacker
dhacker@firstliberty.org
Keisha T. Russell
krussell@firstliberty.org
Lea E. Patterson
lepatterson@firstliberty.org
First Liberty Institute
2001 West Plano Parkway
Suite 1600
Plano, TX 75075
(972) 941-4444

*Counsel for Answers in Genesis, American Family Association, and Word of God Fellowship, Inc. d/b/a Daystar Television Network*

Judd Edward Stone, II
Direct: 512-936-1700
Email: Judd.Stone@oag.texas.gov
Office of the Attorney General
Office of the Solicitor General
209 W. 14th Street
Austin, TX 78701

Ryan Baasch
Direct: 512-936-1700
Email: ryan.baasch@oag.texas.gov
William Francis Cole, Esq.
Direct: 512-936-2725
Email: william.cole@oag.texas.gov
Leif A. Olson
Direct: 512-936-2172
Email: leif.olson@oag.texas.gov
Lanora Christine Pettit
Direct: 512-936-1700
Email: lanora.pettit@oag.texas.gov
Benjamin D. Wilson

Direct: 512-936-2540
Email: benjamin.wilson@oag.texas.gov
Office of the Attorney General
Office of the Solicitor General
P.O. Box 12548
Austin, TX 78711-2548

*Counsel for the State of Texas*

Elizabeth Baker Murrill
Direct: 225-326-6766
Email: murrille@ag.louisiana.gov
Office of the Attorney General
for the State of Louisiana
P.O. Box 94
Baton Rouge, LA 70804-9005

Joseph Scott St. John
Direct: 225-485-2458
Email: stjohnj@ag.louisiana.gov
Louisiana Department of Justice
Office of the Solicitor General
Suite 1850
909 Poydras Street
New Orleans, LA 70112

*Counsel for the State of Louisiana*

John P. Murrill
John Stone Campbell III
Taylor, Porter, Brooks & Phillips L.L.P.
450 Laurel Street, Suite 800
Baton Rouge, LA 70801
Tel.: (225) 381-0241
johnstone.campbell@taylorporter.com
John.murrill@taylorporter.com

*Counsel for Cox Operating, L.L.C.;*
*DIS-TRAN Steel, LLC; DIS-TRAN*
*Packaged Substations, LLC; Beta Engineering,*

*LLC; and Optimal Field Services,*
*LLC*

Scott G. Stewart
Justin L. Matheny
Mississippi Attorney General's Office
550 High Street
Walter Sillers Building, Suite 1100
Jackson, MS 39201
Tel.: (601) 359-3680
scott.stewart@ago.ms.gov
justin.matheny@ago.ms.gov

*Counsel for the State of Mississippi*

Aaron Randall Rice, Attorney
Direct: 601-969-1300
Email: aaron.rice@msjustice.org
Fax: 601-969-1600
Mississippi Justice Institute
520 George Street
Jackson, MS 39202

*Counsel for Gulf Coast Restaurant Grp., Inc.*

Thomas T. Hydrick
Office of the Attorney General for the State of South Carolina
Post Office Box 11549
Columbia, SC 29211
Tel.: (803) 734-4127
thomashydrick@scag.gov

*Counsel for the State of South Carolina*

Melissa A. Holyoak
Office of the Attorney General for the State of Utah
160 E. 300, S. 5th Floor
Salt Lake City, UT 84111
Tel.: (801) 366-0113

melissaholyoak@agutah.gov

*Counsel for the State of Utah*

Steven Paul Lehotsky
Direct: 202-365-2509
Email: steve@lehotskykeller.com
Michael Benjamin Schon, Esq.
Direct: 202-436-4811
Email: mike@lehotskykeller.com
Lehotsky Keller, L.L.P.
200 Massachusetts Avenue, N.W.
Washington, DC 20001

Scott A. Keller
Direct: 512-693-8350
Email: scott@lehotskykeller.com
Lehotsky Keller, L.L.P.
919 Congress Avenue
Austin, TX 78701

*Counsel for Texas Trucking Association, et al.*

James Patrick Sullivan
Direct: 703-717-2390
Email: sully.jps@gmail.com
Office of the Governor
for the State of Texas
4th Floor
1100 San Jacinto Boulevard
Austin, TX 78701

*Counsel for Gregg Abbott*

s/*Marisa C. Schnaith*
Attorney for Respondents

# ATTACHMENT

# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE:** Occupational Safety and Health Administration, U.S. Department of Labor, "COVID-19 Vaccination and Testing; Emergency Temporary Standard," Interim Final Rule, November 4, 2021

MDL-_____

## NOTICE TO THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION OF MULTICIRCUIT PETITIONS FOR REVIEW

Pursuant to 28 U.S.C. § 2112(a)(3) and the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the Occupational Safety and Health Administration (OSHA), U.S. Department of Labor, hereby notifies the United States Judicial Panel on Multidistrict Litigation of thirty-four petitions for review of the same final agency action. These petitions were filed in twelve different courts of appeals within ten days after issuance[1] of the agency action. OSHA received time-stamped petitions from petitioners in each circuit within the applicable ten-day period (28 U.S.C. § 2112(a)(1)).

---

[1] An OSHA emergency standard is considered issued "at the time when the standard is officially filed in the Office of the Federal Register." 29. C.F.R. § 1911.12(a)(2). This emergency temporary standard (ETS) was filed with the Office of the Federal Register and posted for public inspection on the Federal Register's website on November 4, 2021. *See* OSHA's COVID-19 Vaccination and Testing ETS webpage, https://www.osha.gov/coronavirus/ets2 (indicating the date of filing). The ETS was subsequently published in the Federal Register on November 5, 2021. 86 Fed. Reg. 61402. Because the tenth day after November 4, 2021 falls on a Sunday, the statutory period ends on November 15, 2021, regardless of whether the ten-day period is counted as starting with the November 4 inspection date or the November 5 publication date.

We submit with this notice a schedule setting forth the information required by Rule 25.2 and attach copies of the time-stamped petitions.

| | |
|---|---|
| SEEMA NANDA<br>*Solicitor of Labor* | BRIAN M. BOYNTON<br>*Acting Assistant Attorney General* |
| EDMUND C. BAIRD<br>*Associate Solicitor for*<br>*Occupational Safety and Health* | SARAH E. HARRINGTON<br>*Deputy Assistant Attorney General* |
| LOUISE M. BETTS<br>*Counsel for Appellate Litigation* | MICHAEL S. RAAB<br>ADAM C. JED<br>BRIAN J. SPRINGER<br>MARTIN TOTARO<br>*Attorneys, Appellate Staff* |
| BRIAN A. BROECKER<br>MARISA C. SCHNAITH<br>*Attorneys*<br>U.S. Department of Labor<br>200 Constitution Ave., NW, Rm. S-4004<br>Washington, DC 20210 | Civil Division, Room 7525<br>U.S. Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530<br>(202) 514-5048 |
| | *s/ Brian A. Broecker*<br>BRIAN A. BROECKER<br>U.S. Department of Labor<br>200 Constitution Ave., NW,<br>Rm. S-4004<br>Washington, DC 20210<br>(202) 693-5484<br>broecker.brian@dol.gov<br>*Counsel for the*<br>*U.S. Department of Labor* |

**Agency Attorney Designated to Receive Service of Pleadings in this Case:**

EDMUND C. BAIRD
*Associate Solicitor for Occupational Safety and Health*
U.S. Department of Labor
Office of the Solicitor
200 Constitution Ave, NW
Room S-4004
Washington, DC 20210
(202) 693-5460 (phone)
(202) 693-5466 (fax)
Baird.Edmund@dol.gov

**Rule 25.2 Schedule**

The date of issuance of the interim final rule: November 4, 2021.

| Case Name | Circuit Court | Docket Number | Filing Date | Date Received |
|---|---|---|---|---|
| Republican National Committee v. Occupational Safety and Health Administration and United States Department of Labor | D.C. Circuit | 21-1215 | 11/5/2021 | 11/5/2021 |
| United Food and Commercial Workers International Union, AFL-CIO, CLC and American Federation of Labor, Congress of Industrial Organizations v. Occupational Safety and Health Administration, United States Department of Labor | D.C. Circuit | 21-1219 | 11/8/2021 | 11/8/2021 |
| National Association of Home Builders of the United States v. Occupational Safety and Health Administration, United States Department of Labor, Martin J. Walsh, and Douglas Parker | D.C. Circuit | 21-1232 | 11/15/2021 | 11/15/2021 |
| Massachusetts Building Trades Council v. Occupational Safety and Health Administration | First Circuit | 21-1926 | 11/10/2021 | 11/10/2021 |
| Local 32BJ, Service Employees International Union v. Occupational Safety and Health Administration, United States Department of Labor | Second Circuit | 21-2800 | 11/9/2021 | 11/9/2021 |
| AFT Pennsylvania v. Occupational Safety and Health Administration, Department of Labor | Third Circuit | 21-3088 | 11/10/2021 | 11/10/2021 |
| United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada, AFL-CIO v. Occupational Safety and Health Administration, U.S. Department of Labor | Fourth Circuit | 21-2262 | 11/9/2021 | 11/10/2021 |

| Associated General Contractors of America, Inc., American Road and Transportation Builders Association, and Signatory Wall and Ceiling Contractors Alliance v. Occupational Safety and Health Administration and US Department of Labor | Fourth Circuit | 21-2283 | 11/15/2021 | 11/15/2021 |
|---|---|---|---|---|
| BST Holdings, LLC et al. v. Occupational Safety and Health Administration, United States Department of Labor[2] | Fifth Circuit | 21-60845 | 11/5/2021 | 11/5/2021 |
| Burnett Specialists, Choice Staffing, LLC, and Staff Force, Inc. v. Occupational Safety and Health Administration | Fifth Circuit | 21-60845 | 11/5/2021 | 11/5/2021 |
| American Family Association, Inc. v. Occupational Safety and Health Administration, United States Department of Labor | Fifth Circuit | 21-60845 | 11/5/2021 | 11/5/2021 |
| Word of God Fellowship, Inc., d/b/a/ Daystar Television Network, Inc. v. Occupational Safety and Health Administration, United States Department of Labor | Fifth Circuit | 21-60845 | 11/5/2021 | 11/5/2021 |
| State of Texas et al. v. United States Department of Labor, Martin J. Walsh, Occupational Safety and Health Administration, and Douglas Parker | Fifth Circuit | 21-60845 | 11/5/2021 | 11/5/2021 |
| LeadingEdge Personnel, Ltd. v. Occupational Safety and Health Administration | Fifth Circuit | 21-60845 | 11/8/2021 | 11/8/2021 |
| Texas Trucking Association et al. v. Occupational Safety and Health Administration, United States Department of Labor, Martin J. Walsh, Douglas Parker | Fifth Circuit | 21-60845 | 11/10/2021 | 11/10/2021 |

---

[2] Petitions filed in the Fifth Circuit have been consolidated under the case name *BST Holdings, LLC et al. v. Occupational Safety and Health Administration et al.*, 21-60845.

| | | | | |
|---|---|---|---|---|
| Greg Abbott v. Occupational Safety and Health Administration; United States Department of Labor; Martin J. Walsh; Douglas Parker | Fifth Circuit | 21-60845 | 11/15/2021 | 11/15/2021 |
| Bentkey Services, LLC, d/b/a/ The Daily Wire v. Occupational Safety and Health Administration, United States Department of Labor | Sixth Circuit | 21-4027 | 11/5/2021 | 11/5/2021 |
| Phillips Manufacturing & Tower Co. and Sixarp, LLC v. Occupational Safety and Health Administration, United States Department of Labor, Martin J. Walsh, and Douglas Parker | Sixth Circuit | 21-4028 | 11/4/2021 | 11/4/2021 |
| Commonwealth of Kentucky et al. v. Occupational Safety and Health Administration, Department of Labor, Douglas L. Parker, James Frederick, and Martin J. Walsh | Sixth Circuit | 21-4031 | 11/5/2021 | 11/5/2021 |
| Answers in Genesis, Inc. v. Occupational Safety and Health Administration | Sixth Circuit | 21-4032 | 11/5/2021 | 11/5/2021 |
| The Southern Baptist Theological Seminary and Asbury Theological Seminary v. Occupational Safety and Health Administration, Douglas L. Parker, U.S. Department of Labor, and Martin J. Walsh | Sixth Circuit | 21-4033 | 11/5/2021 | 11/5/2021 |
| Tankcraft Corporation and Plasticraft Corporation v. Occupational Safety and Health Administration | Seventh Circuit | 21-3058 | 11/4/2021 | 11/4/2021 |
| State of Indiana v. Occupational Safety and Health Administration, United States Department of Labor | Seventh Circuit | 21-3066 | 11/5/2021 | 11/5/2021 |
| Job Creators Network et al. v. United States Department of Labor, Marty Walsh, Occupational Safety and Health Administration, and Douglas Parker | Eighth Circuit | 21-3491 | 11/4/2021 | 11/4/2021 |

| | | | | |
|---|---|---|---|---|
| State of Missouri et al. v. Joseph R. Biden Jr., The United States of America, Douglas Parker, Occupational Safety and Health Administration, Martin J. Walsh, and United States Department of Labor | Eighth Circuit | 21-3494 | 11/5/2021 | 11/5/2021 |
| DTN Staffing Inc. et al. v. Occupational Safety and Health Administration, United States Department of Labor | Eighth Circuit | 21-3540 | 11/9/2021 | 11/10/2021 |
| MFA Incorporated, MFA Enterprises, Inc., Missouri Farm Bureau Services, Inc., Missouri Farm Bureau Insurance Brokerage, Inc., MFA Oil Company, Doyle Equipment Manufacturing Co., and Riverview Manufacturing, Inc. v. U.S. Department of Labor and Occupational Safety and Health Administration | Eighth Circuit | 21-3556 | 11/12/2021 | 11/12/2021 |
| National Association of Broadcast Employees & Technicians—The Broadcasting & Cable Television Workers Section of the Communications Workers of America, AFL-CIO, Local 51 v. Occupational Safety and Health Administration, United States Department of Labor | Ninth Circuit | 21-71370 | 11/9/2021 | 11/9/2021 |
| Media Guild of the West, The News Guild-Communications Workers of America, AFL-CIO, Local 39213 v. Occupational Safety and Health Administration, United States Department of Labor | Ninth Circuit | 21-71374 | 11/10/2021 | 11/10/2021 |

| Union of American Physicians and Dentists v. Occupational Safety and Health Administration, United States Department of Labor | Ninth Circuit | 21-71379 | 11/12/2021 | 11/12/2021 |
|---|---|---|---|---|
| The Denver Newspaper Guild, Communications Workers of America, Local 37074, AFL-CIO v. Occupational Safety and Health Administration, United States Department of Labor | Tenth Circuit | 21-9592 | 11/12/2021 | 11/15/2021 |
| State of Florida et al. v. Occupational Safety and Health Administration, United States Department of Labor | Eleventh Circuit | 21-13866 | 11/5/2021 | 11/5/2021 |
| FabArc Steel Supply, Inc. and Tony Pugh v. Occupational Safety and Health Administration, United States Department of Labor, Douglas L. Parker, and Marty Walsh | Eleventh Circuit | 21-13900 | 11/8/2021 | 11/8/2021 |
| Associated Builders and Contractors, Inc. and Associated Builders and Contractors of Alabama, Inc. v. Occupational Safety and Health Administration, United States Department of Labor | Eleventh Circuit | 21-13910 | 11/9/2021 | 11/9/2021 |

SEEMA NANDA
*Solicitor of Labor*

EDMUND C. BAIRD
*Associate Solicitor for*
*Occupational Safety and Health*

LOUISE M. BETTS
*Counsel for Appellate Litigation*

BRIAN A. BROECKER
MARISA C. SCHNAITH
*Attorneys*

BRIAN M. BOYNTON
*Acting Assistant Attorney General*

SARAH E. HARRINGTON
*Deputy Assistant Attorney General*

MICHAEL S. RAAB
ADAM C. JED
BRIAN J. SPRINGER
MARTIN TOTARO
*Attorneys, Appellate Staff*
Civil Division, Room 7525
U.S. Department of Justice

U.S. Department of Labor
200 Constitution Ave., NW, Rm. S-4004
Washington, DC 20210

950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 514-5048

_s/ Brian A. Broecker_
BRIAN A. BROECKER
U.S. Department of Labor
200 Constitution Ave., NW,
Rm. S-4004
Washington, DC 20210
(202) 693-5484
broecker.brian@dol.gov
_Counsel for the_
_U.S. Department of Labor_

**Agency Attorney Designated to Receive Service of Pleadings in this Case:**

EDMUND C. BAIRD
_Associate Solicitor for Occupational Safety and Health_
U.S. Department of Labor
Office of the Solicitor
200 Constitution Ave, NW
Room S-4004
Washington, DC 20210
(202) 693-5460 (phone)
(202) 693-5466 (fax)
Baird.Edmund@dol.gov

**PROOF OF SERVICE**

I hereby certify that, on November 16, 2021, a copy of the NOTICE OF

MULTICIRCUIT PETITIONS FOR REVIEW was served by CM/ECF filing on the

following courts:

Mark Langer, Clerk of Court
United States Court of Appeals for the District of Columbia Circuit
333 Constitution Ave., N.W.
Washington, D.C. 20001

Maria R. Hamilton, Clerk of Court
United States Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Patricia S. Dodszuweit, Clerk of Court
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Patricia S. Conner, Clerk of Court
United States Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

Lyle W. Cayce, Clerk of Court
United States Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

Deborah S. Hunt, Clerk of Court
United States Court of Appeals for the Sixth Circuit

540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988

Office of the Clerk
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Room 2722
Chicago, IL 60604

Michael E. Gans, Clerk of Court
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
Room 24.329
St. Louis, MO. 63102

Molly C. Dwyer, Clerk of Court
Office of the Clerk
United States Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Office of the Clerk
United States Court of Appeals for the Tenth Circuit
Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257-1823

David J. Smith, Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

Copies of the Notice were also served by CM/ECF filing on the following counsel:

Counsel for Republican National Committee (Case no. 21-1215, D.C. Cir.):

Michael E. Toner
Thomas M. Johnson, Jr.
Stephen J. Obermeier
Jeremy J. Broggi
Krystal B. Swendsboe
Wiley Rein LLP
1776 K St. N.W.

Washington, DC 20006
Tel: (202) 719-7000
MToner@wiley.law

Counsel for UFCW (Case No. 21-1219, D.C. Cir.):

Peter Ford
1775 K Street NW
Washington, DC 20006
(202) 320-0724
pford@ufcw.org

Counsel for AFL-CIO (Case No. 21-1219, D.C. Cir.):

Harold Craig Becker
815 Sixteenth Street NW
Washington, DC 20006
(202) 637-5397
cbecker@aflcio.org

Andrew D. Roth
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth Street NW
Suite 1000
Washington, DC 20005
aroth@bredhoff.com

Randy S. Rabinowitz
OSH Law Project, LLC
P.O. Box 3769
Washington, DC 20027
randy@rsrabinowitz.net

Counsel for National Association of Home Builders (Case No. 21-1232, D.C. Cir.):

Felicia K. Watson
Thomas Jon Ward
National Association of Home
Builders of the United States
1201 15th Street N.W.
Washington, D.C. 20005
(202) 266-8229
fwatson@nahb.org
tward@nahb.com

Counsel for Massachusetts Building Trades Council (Case No. 21-1926, 1st Cir.):

Nicole Horberg Decter
Segal Roitman, LLP
33 Harrison Avenue, 7th Floor
Boston, Massachusetts 02111
(617) 742-0208
ndecter@segalroitman.com

Counsel for Local 32BJ, SEIU (Case No. 21-2800, 2d Cir.):

Allyson L. Belovin
Levy Ratner, P.C.
80 Eighth Avenue 9th Floor
New York, New York 10011
(212) 627-8100
abelovin@levyratner.com

Counsel for AFT Pennsylvania (Case No. 21-3088, 3d Cir.):

Irwin W. Aronson
Willig, Williams & Davidson
212 Locust Street, Suite 301
Harrisburg, PA 17101
(717) 221-1000
iaronson@wwdlaw.com

Amy L. Rosenberger
Willig Williams & Davidson
1845 Walnut Street
24th Floor
Philadelphia, PA 19103
arosenberger@wwdlaw.com

Counsel for United Association of Journeymen (Case No. 21-2262, 4th Cir.):

Ellen O. Boardman
eboardman@odonoghuelaw.com
Keith R. Bolek
kbolek@odonoghuelaw.com
O'Donoghue & O'Donoghue LLP
5301 Wisconsin Avenue, NW, Suite 800
Washington, D.C. 20016
(202) 362-0041

Counsel for Associated General Contractors of America et al. (Case No. 21-2283, 4th Cir.):

Thomas P. Gies
Daniel W. Wolff
Alexandra L. Barbee-Garrett
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004-2595
(202) 624-2690
tgies@crowell.com
dwolff@crowell.com

Counsel for BST Holdings, LLC et al. (Case No. 21-60845, 5th Cir.):

Daniel R. Suhr
Jeffrey D. Jennings
Liberty Justice Center
141 W. Jackson Blvd., Ste. 1065
Chicago, IL 60604
(312) 637-2280
dsuhr@libertyjusticecenter.org
jjennings@libertyjusticecenter.org

Sarah Harbison
Pelican Institute for Public Policy
400 Poydras St., Suite 900
New Orleans, LA 70130
(504) 952-8016
sarah@pelicaninstitute.org

Counsel for Burnett Specialists, Choice Staffing LLC, Staff Force, Inc., HT Staffing, and
LeadingEdge Personnel, Ltd. (Case No. 21-60845, 5th Cir.):

Matthew R. Miller
mmiller@texaspolicy.com
Robert Henneke
rhenneke@texaspolicy.com
Texas Public Policy Foundation
901 Congress Avenue
Austin, TX 78701
(512) 472-2700

Counsel for Answers in Genesis, American Family Association, Inc. and Word of God
Fellowship, Inc. (Case No. 21-60845, 5th Cir.):

Jeffrey C. Mateer
jmateer@firstliberty.org

Hiram S. Sasser, III
hsasser@firstliberty.org
David J. Hacker
dhacker@firstliberty.org
Keisha T. Russell
krussell@firstliberty.org
Lea E. Patterson
lepatterson@firstliberty.org
First Liberty Institute
2001 West Plano Parkway Suite 1600
Plano, TX 75075
(972) 941-4444

Counsel for State of Texas (Case No. 21-60845, 5th Cir.):

Judd E. Stone II
Office of the Solicitor General
209 W. 14th Street
Austin, TX 78701
(512) 936-1700
Judd.stone@oag.texas.gov

Ryan Baasch
(512) 936-1700
ryan.baasch@oag.texas.gov
William Francis Cole, Esq.
(512) 936-2725
william.cole@oag.texas.gov
Leif A. Olson
(512) 936-2172
leif.olson@oag.texas.gov
Lanora Christine Pettit
(512) 936-1700
lanora.pettit@oag.texas.gov
Benjamin D. Wilson
(512) 936-2540
benjamin.wilson@oag.texas.gov
Office of the Attorney General
Office of the Solicitor General
P.O. Box 12548
Austin, TX 78711-2548

Counsel for State of Louisiana (Case No. 21-60845, 5th Cir.):

Elizabeth B. Murrill

murrille@ag.louisiana.gov
Joseph S. St. John
stjohnj@ag.louisiana.gov
Louisiana Department of Justice
Office of the Solicitor General
Suite 1850
909 Poydras Street
New Orleans, LA 70112
(225) 326-6766

Counsel for Cox Operating, DIS-TRAN Steel, DIS-TRAN Packaged Substations, Beta
Engineering LLC, and Optimal Field Services (Case No. 21-60845, 5th Cir.):

John P. Murrill
John Stone Campbell III
Taylor, Porter, Brooks & Phillips L.L.P.
450 Laurel Street, Suite 800
Baton Rouge, LA 70801
(225) 381-0241
Johnstone.campbell@taylorporter.com
John.murrill@taylorporter.com

Counsel for State of Mississippi (Case No. 21-60845, 5th Cir.):

Scott G. Stewart
Justin L. Matheny
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205
(601) 359-3680
Scott.stewart@ago.ms.gov
Justin.matheny@ago.ms.gov

Counsel for State of South Carolina (Case No. 21-60845, 5th Cir.):

Thomas T. Hydrick
Office of the Attorney General for the State of South Carolina
Post Office Box 11549
Columbia, SC 29211
(803) 734-3680
thomashydrick@scag.gov

Counsel for Gulf Coast Restaurant Group (Case No. 21-60845, 5th Cir.):

Aaron R. Rice
Mississippi Justice Institute

520 George St.
Jackson, MS 39202
(601) 969-1300
Aaron.rice@msjustice.org

Counsel for the State of Utah (Case No. 21-60845, 5th Cir.):

Melissa A. Holyoak
Office of the Attorney General for the State of Utah
160 E. 300, S., 5th Floor
Salt Lake City, UT 84114
(801) 366-0113
melissaholyoak@agutah.gov

Counsel for Texas Trucking Association et al. (Case No. 21-60845, 5th Cir.):

Scott A. Keller
Joshua P. Morrow
Lehotsky Keller LLP
919 Congress Ave.
Austin, Texas 78701
(512) 693-8350
scott@lehotskykeller.com

Steven P. Lehotsky
(202) 365-2509
steve@lehotskykeller.com
Michael B. Schon
(202) 436-4811
mike@lehotskykeller.com
Lehotsky Keller LLP
200 Massachusetts Ave. NW
Washington, DC 20001

Counsel for Greg Abbott (Case No. 21-60845, 5th Cir.):

James P. Sullivan
Office of the Governor for the State of Texas
4th Floor
1100 San Jacinto Blvd.
Austin, Texas 78701
(703) 717-2390
Sully.jps@gmail.com

Counsel for Bentkey Services (Case No. 21-4027, 6th Cir.):

Harmeet K. Dhillon
Ronald S. Coleman
Mark P. Meuser
Michael A. Columbo
Stuart S. McCommas
Dhillon Law Group Inc.
177 Post Street, Suite 700
San Francisco, California 94108
(415) 433-1700
harmeet@dhillonlaw.com
rcoleman@dhillonlaw.com

David A. Cortman
John J. Bursch
Ryan L. Bangert
Matthew S. Bowman
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
dcortman@ADFlegal.org
jbursch@ADFlegal.org
rbangert@ADFlegal.org
mbowman@ADFlegal.org

Counsel for Phillips Manufacturing & Tower Company and Sixarp, LLC (Case No. 21-4028, 6th Cir.):

Robert Alt (0091753)
The Buckeye Institute
88 East Broad Street, Suite 1300
Columbus, OH 43215
(614) 224-4422
robert@buckeyeinstitute.org

Counsel for Commonwealth of Kentucky (Case No. 21-4031, 6th Cir.):

Victor B. Maddox
Christopher L. Thacker
Alexander Y. Magera
Jeremy J. Sylvester
Lindsey R. Keiser
Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
(502) 696-5300

Victor.maddox@ky.gov
Christopher.thacker@ky.gov

Counsel for State of Idaho (Case No. 21-4031, 6th Cir.):

Brian Kane
*Chief Deputy Attorney General*
Leslie M. Hayes
Megan A. Larrondo
*Deputy Attorneys General*
700 W. Jefferson Street, Ste. 210
P.O. Box 83720
Boise, Idaho 83720-0010
(208) 334-2400
Brian.kane@ag.idaho.gov

Counsel for the State of Kansas (Case No. 21-4031, 6th Cir.):
Jeffrey A. Chanay
*Chief Deputy Attorney General*
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
(785) 296-2215
Jeff.chanay@ag.ks.gov

Counsel for the State of Ohio (Case No. 21-4031, 6th Cir.):

Benjamin M. Flowers
*Ohio Solicitor General*
May Davis
*Deputy Solicitor General*
30 E. Broad St., 17th Floor
Columbus, OH 43215
(614) 466-8980
bflowers@ohioago.gov

Counsel for the State of Oklahoma (Case No. 21-4031, 6th Cir.):

Mithun Mansinghani
*Oklahoma Solicitor General*
313 N.E. 21st St.
Oklahoma City, OK
(405) 521-3921
Mithun.mansinghani@oag.ok.gov

Counsel for the State of Tennessee (Case No. 21-4031, 6th Cir.):

Clark L. Hildabrand
Brandon J. Smith
Office of the Attorney General
and Reporter
P.O. Box. 20207
Nashville, Tennessee 37202-0207
(615) 532-4081
Clark.hildabrand@ag.tn.gov
Brandon.smith@ag.tn.gov

Counsel for the State of West Virginia (Case No. 21-4031, 6th Cir.):

Lindsay S. See
*Solicitor General*
Michael Williams
Office of the Attorney General
State Capitol Complex
Bldg. 1, Room E-26
Charleston, West Virginia 25305
(304) 558-2021
Lindsay.s.see@wvago.gov

Counsel for Answers in Genesis, Inc. (Case No. 21-4032, 6th Cir.):

Jeffrey C. Mateer
Hiram S. Sasser, III
David J. Hacker
Jeremiah G. Dys
Lea E. Patterson
Keisha T. Russell
First Liberty Institute
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
(972) 941-4444
jmateer@firstliberty.org

Counsel for Southern Baptist Theological Seminary and Asbury Theological Seminary
(Case No. 21-4033, 6th Cir.):

David A. Cortman
John J. Bursch
Matthew S. Bowman
Frank H. Chang
Alliance Defending Freedom
Washington, DC 20001
(202) 393-8690

dcortman@ADFlegal.org
jbursch@ADFlegal.org
mbowman@ADFlegal.org
fchang@ADFlegal.org

Ryan L. Bangert
Ryan J. Tucker
Alliance Defending Freedom
15100 N 90th Street
Scottsdale, AZ 85260
(480) 444-0020
rbangert@ADFlegal.org
rtucker@ADFlegal.org

Counsel for Tankcraft Corporation and Plasticraft Corporation (Case No. 21-3058, 7th Cir.):

Richard M. Esenberg
Daniel P. Lennington
Lucas T. Vebber
Katherine D. Spitz
Wisconsin Institute for Law & Liberty
330 East Kilbourn Avenue, Suite 725
Milwaukee, WI 53202
(414) 727-9455
Rick@will-law.org
Dan@will-law.org
Lucas@will-law.org
Kate@will-law.org

Counsel for State of Indiana (Case No. 21-3066, 7th Cir.):

Thomas M. Fisher
*Solicitor General*
Office of the Attorney General
IGC South, Fifth Floor
302 W. Washington Street
Indianapolis, IN 46204
(317) 232-6255
Tom.Fisher@atg.in.gov

Counsel for Job Creators Network et al. (Case No. 21-3491, 8th Cir.):

Jonathan Berry
R. Trent McCotter
Michael Buschbacher

Jordan E. Smith
Boyden Gray & Associates
801 17th St. NW, #350
Washington, DC 20006
(202) 706-5488
mccotter@boydengrayassociates.com

Counsel for State of Missouri (Case No. 21-3494, 8th Cir.):

D. John Sauer
*Solicitor General*
Jesus A. Osete
Michael E. Talent
Office of the Attorney General
Supreme Court Building
207 W. High St.
P.O. Box 899
Jefferson City, MO 65102
(573) 751-8870
John.sauer@ago.mo.gov

Counsel for State of Arizona (Case No. 21-3494, 8th Cir.):

Drew Ensign
*Deputy Solicitor General*
Arizona Attorney General's Office
2005 N. Central Ave.
Phoenix, AZ 85004
(602) 542-3333
Drew.ensign@azag.gov

Counsel for State of Montana (Case No. 21-3494, 8th Cir.):

David M.S. Dewhirst
*Solicitor General*
Christian B. Corrigan
*Assistant Solicitor General*
Office of the Attorney General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
(406) 444-2026
David.dewhirst@mt.gov
Christian.corrigan@mt.gov

Counsel for State of Nebraska (Case No. 21-3494, 8th Cir.):

James A. Campbell
*Solicitor General*
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, Nebraska 68509
(402) 471-2682
Jim.campbell@nebraska.gov

Counsel for State of Arkansas (Case No. 21-3494, 8th Cir.):

Nicholas J. Bronni
*Solicitor General*
Vincent M. Wagner
*Deputy Solicitor General*
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-8090
Nicholas.bronni@arkansasag.gov

Counsel for State of Iowa (Case No. 21-3494, 8th Cir.):

Jeffrey S. Thompson
*Solicitor General*
Samuel P. Langholz
*Assistant Solicitor General*
Office of the Iowa Attorney General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 281-5164
Jeffrey.thompson@ag.iowa.gov
Sam.langholz@ag.iowa.gov

Counsel for State of North Dakota (Case No. 21-3494, 8th Cir.):

Matthew A. Sagsveen
*Solicitor General*
Office of Attorney General
500 North 9th Street
Bismarck, ND 58501-4509
(701) 328-3640
masagsve@nd.gov

Counsel for State of South Dakota (Case No. 21-3494, 8th Cir.):

David M. McVey
*Assistant Attorney General*
1302 E. Highway 14, Suite 1
Pierre, SD 57501-8501
(605) 773-3215
David.mcvey@state.sd.us

Counsel for State of Alaska (Case No. 21-3494, 8th Cir.):

Charles E. Brasington
*Assistant Attorney General*
State of Alaska
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
(907) 269-6612
Charles.brasington@alaska.gov

Counsel for State of New Hampshire (Case No. 21-3494, 8th Cir.):

Anthony J. Galdieri
*Solicitor General*
New Hampshire Department of Justice
33 Capitol Street
Concord, NH 03301
(603) 271-3658
Anthony.j.galdieri@doj.nh.gov

Counsel for State of Wyoming (Case No. 21-3494, 8th Cir.):

Ryan Schelhaas
Chief Deputy Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
(307) 777-5786
Ryan.schelhaas@wyo.gov

Counsel for AAI, Inc. (Case No. 21-3494, 8th Cir.):

Jefferson Downing
Keating, O'Gara, Nedved & Peter, PC, LLO
P.O. Box 82248
Lincoln, Nebraska 68501
(402) 475-8230
Jd@keatinglaw.com

Counsel for Doolittle Trailer Manufacturing, Inc. (Case No. 21-3494, 8th Cir.):

    Matthew W. Murphy
    Vessell Bridges Murphy Law Offices
    3901 S. Providence Road, Suite D
    Columbia, Missouri 65203
    (573) 777-4488
    matt@vbmlaw.com

Counsel for Christian Employers Alliance, Sioux Falls Catholic Schools, Home School Legal Defense Association, Inc.: (Case No. 21-3494, 8th Cir.):

    David A. Cortman
    John J. Bursch
    Ryan L. Bangert
    Matthew S. Bowman
    Alliance Defending Freedom
    440 First Street, NW, Suite 600
    Washington, D.C. 20001
    Telephone: (202) 393-8690
    dcortman@adflegal.org
    jbursch@adflegal.org
    rbangert@adflegal.org
    mbowman@adflegal.org

Counsel for DTN staffing et al. (Case No. 21-3540, 8th Cir.):

    Kris W. Kobach
    Alliance for Free Citizens
    P.O. Box 155
    Lecompton, Kansas 66050
    (913) 638-5567
    kkobach@gmail.com

    Jessica Hart Steinmann
    Josh Campbell
    Rachel Jag
    America First Policy Institute
    1001 Pennsylvania Ave., NW
    Suite 530
    Washington, DC 20004
    (571) 348-1802
    jsteinmann@americafirstpolicy.com
    jcampbell@americafirstpolicy.com
    rjag@americafirstpolicy.com

Counsel for MFA Incorporated et al. (Case No. 21-3556, 8th Cir.):

> John A. Ruth
> Cathleen A. Martin
> Ryan J. McDaniels
> Alicia Embley Turner
> Newman, Comley & Ruth P.C.
> 601 Monroe Street, Suite 301
> P.O. Box 537
> Jefferson City, MO 65102-0537
> (573) 634-2266
> jruth@ncrpc.com
> martinc@ncrpc.com
> ryan.m@ncrpc.com
> turnera@ncrpc.com

Counsel for NABET (Case No. 21-71370, 9th Cir.) and Union of American Physicians and Dentists (Case No. 21-71379, 9th Cir.):

> David A. Rosenfeld
> Weinberg, Roger & Rosenfeld
> A Professional Corporation
> 1375 55th Street
> Emeryville, California 94608
> (510) 337-1001
> drosenfeld@unioncounsel.net

Counsel for Media Guild of the West (Case No 21-71374, 9th Cir.):

> David A. Rosenfeld
> Weinberg, Roger & Rosenfeld
> A Professional Corporation
> 1375 55th Street
> Emeryville, California 94608
> (510) 337-1001
> drosenfeld@unioncounsel.net

> Lisl R. Soto
> Weinberg, Roger & Rosenfeld
> Suite 1020
> 800 Wilshire Boulevard
> Los Angeles, CA 90017
> lsoto@unioncounsel.net

Counsel for the Denver Newspaper Guild (Case No. 21-9592, 10th Cir.):

Stanley M. Gosch
Rosenblatt & Gosch, PLLC
8085 East Prentice Avenue
Greenwood Village, CO 80111
(303) 721-7399
sgosch@cwa-union.org

Counsel for State of Florida (Case No. 21-13866, 11th Cir.):

Henry C. Whitaker
*Solicitor General*
Daniel W. Bell
*Chief Deputy Solicitor General*
Evan Ezray
Jason H. Hilborn
*Deputy Solicitors General*
James H. Percival
*Deputy Attorney General of Legal Policy*
Natalie P. Christmas
*Assistant Attorney General of Legal Policy*
State of Florida
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
Henry.whitaker@myfloridalegal.com

Counsel for State of Georgia (Case No. 21-13866, 11th Cir.):

Drew F. Waldbeser
*Deputy Solicitor General*
State of Georgia
Office of the Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334
(404) 458 3378
dwaldbeser@law.ga.gov

Counsel for State of Alabama (Case No. 21-13866, 11th Cir.):

Edmund G. LaCour, Jr.
*Solicitor General*
Thomas A. Wilson
*Deputy Solicitor General*
State of Alabama
Office of the Attorney General

501 Washington Ave.
Montgomery, AL 36130
(334) 242-7300
Edmund.lacour@alabamaag.gov

Counsel for Georgia Highway Contractors Association, Georgia Motor Trucking Association, and Robinson Paving (Case No. 21-13866, 11th Cir.):

Josh Belinfante
Javier Pico-Prats
Robbins Alloy Belinfante
Littlefield LLC
500 Fourteenth Street NW
Atlanta, GA 30318
(404) 856 3262
Josh.belinfante@robbinsfirm.com
Javier.picoprats@robbinsfirm.com

Counsel for Scotch Plywood Company, Inc. (Case No. 21-13866, 11th Cir.):

Halron W. Turner
E. Tatum Turner
Turner, Onderdonk, Kimbrough,
Howell, Huggins & Bradley, PA
13212 West Central Avenue
Post Office Drawer 1389
Chatom, Alabama 36518
(251) 847-2237
hwt@tokh.com
ett@tokh.com

Counsel for Cambridge Christian School and The King's Academy (Case No. 21-13866, 11th Cir.):

David A. Cortman
John J. Bursch
Frank H. Chang
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
dcortman@adflegal.org
jbursch@adflegal.org
fchang@adflegal.org

Ryan J. Tucker

Alliance Defending Freedom
15100 N 90th Street
Scottsdale, AZ 85260
(480) 444-0020
rtucker@adflegal.org

Counsel for FabArc Steel Supply and Tony Pugh (Case No. 21-13900, 11th Cir.):

Matthew J. Clark
Alabama Center for Law and Liberty
2213 Morris Ave., Fl. 1
Birmingham, AL 35203
(256) 510-1828
matt@alabamalawandliberty.org

Counsel for Associated Builders and Contractors, Inc. and Associated Builders and
Contractors of Alabama (Case No. 21-13910, 11th Cir.):

J. Larry Stine
Wimberly, Lawson, Steckel, Schneider & Stine, PC
3400 Peachtree Road N.E.
Suite 400
Atlanta, Georgia 30326
(404) 365-0900
Jls@wimlaw.com

SEEMA NANDA
*Solicitor of Labor*

EDMUND C. BAIRD
*Associate Solicitor for*
*Occupational Safety and Health*

LOUISE M. BETTS
*Counsel for Appellate Litigation*

BRIAN A. BROECKER
MARISA C. SCHNAITH
*Attorneys*
U.S. Department of Labor
200 Constitution Ave., NW, Rm. S-4004
Washington, DC 20210

BRIAN M. BOYNTON
*Acting Assistant Attorney General*

SARAH E. HARRINGTON
*Deputy Assistant Attorney General*

MICHAEL S. RAAB
ADAM C. JED
BRIAN J. SPRINGER
MARTIN TOTARO
*Attorneys, Appellate Staff*
Civil Division, Room 7525
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 514-5048

s/ *Brian A. Broecker*
BRIAN A. BROECKER
U.S. Department of Labor
200 Constitution Ave., NW,
Rm. S-4004
Washington, DC 20210
(202) 693-5484
broecker.brian@dol.gov
Counsel for the
U.S. Department of Labor

**Agency Attorney Designated to Receive Service of Pleadings in this Case:**

EDMUND C. BAIRD
*Associate Solicitor for Occupational Safety and Health*
U.S. Department of Labor
Office of the Solicitor
200 Constitution Ave, NW
Room S-4004
Washington, DC 20210
(202) 693-5460 (phone)
(202) 693-5466 (fax)
Baird.Edmund@dol.gov